IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT N. BEIRNE, JR., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
|  | : 1:15-CV-3630-LMM-JKL |
| OCWEN LOAN SERVICING, | : |
| Defendant. | : |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"), Dkt. No. [14], recommending that Defendant's Motion to Dismiss [4] be granted. Plaintiff has filed objections to that R&R. Dkt. No. [17]. Upon review of the record and due consideration, the Court enters the following Order.

Under 28 U.S.C. § 636(b)(1), the Court reviews the Magistrate Judge's Report and Recommendation for clear error if no objections are filed. 28 U.S.C. § 636(b)(1). If a party files objections, however, the district court must determine *de novo* any part of the Magistrate Judge's disposition that is the subject of a proper objection. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b). Because Plaintiff has timely objected to the Magistrate Judge's R&R, and the Court reviews those issues *de novo.*

After reviewing Plaintiff's Objections, the Court **ADOPTS** the Magistrate Judge's R&R. Even construing Plaintiff's *pro se* Complaint liberally, the Court

agrees that Plaintiff did not sufficiently allege a deficient notice of sale, an invalid assignment, or a violation of good faith by dual-tracking foreclosure for the reasons stated in the R&R. Most of Plaintiff's Objections concern facts and legal claims not pled in his Complaint and thus are not before the Court. Plaintiff's Complaint is therefore **DISMISSED**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 19th day of May, 2016.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE